**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-01494-WJM-MJW

| | |
|---|---|
| WENDY SHATTIL and ROBERT ROZINSKI, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| AMERICAN EAGLE RADIATORS, INC., AMERICAN EAGLE RADIATORS, LTD. LIMITED LIABILITY COMPANY, ROBERT CLOKE, CID MARTIN, and JOHN DOES 1-10. | ) ) ) ) ) ) |
| Defendants. | ) |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

The parties having reached a settlement in the above-captioned action, hereby agree and stipulate that the entire action is dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees, costs and expenses.

{Signatures on following page.}

This 13th day of August, 2013.

    Respectfully submitted,

    /s/ Carolyn E. Wright
    _____
    Carolyn E. Wright
    LAW OFFICE OF CAROLYN E. WRIGHT, LLC
    P.O. Box 430
    Glenbrook, NV 89413
    (775) 589-2229 (telephone)
    (775) 580-7322 (facsimile)
    carolyn@photoattorney.com

    /s/ John M. DeBoer
    _____
    John M. DeBoer
    DEBOER IP, PC
    2211 Rayford Rd., Suite 111-116
    Spring, TX 77386
    (832) 510-4332 (telephone)
    (888) 829-5994 (facsimile)
    john@deboerip.com

    *Attorneys for Plaintiffs*

    /s/ James A. Lowe
    _____
    James A. Lowe
    GAUNTLETT & ASSOCIATES
    18400 Von Karman Avenue
    Suite 300
    Irvine, California 92612
    (949) 222-5354 (telephone)
    (949) 553-2050 (facsimile)
    JAL@gauntlettlaw.com
    *Attorney for Defendants*

## **CERTIFICATION**

I hereby attest that concurrence in the filing of this document has been obtained by the afore-named signatories.

/s/ Carolyn E. Wright
_____
Carolyn E. Wright
LAW OFFICE OF CAROLYN E. WRIGHT, LLC
*Attorney for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-01494-WJM-MJW

WENDY SHATTIL and            )
ROBERT ROZINSKI,             )
                             )
        Plaintiffs,         )
                             )
v.                           )
                             )
AMERICAN EAGLE RADIATORS, INC., )
AMERICAN EAGLE RADIATORS, LTD. )
LIMITED LIABILITY COMPANY,   )
ROBERT CLOKE, CID MARTIN,    )
and JOHN DOES 1-10.          )
                             )
        Defendants.         )

## ORDER AND JUDGMENT

Pursuant to Stipulation, it is hereby ORDERED and ADJUDGED that this Action is

DISMISSED WITH PREJUDICE IN ITS ENTIRETY.

IT IS SO ORDERED.
DATED: _____, 2013.

By _____
United States Magistrate Judge Michael J. Watanabe

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-01494-WJM-MJW

WENDY SHATTIL and )
ROBERT ROZINSKI, )
                                   )
         Plaintiffs, )
                                   )
v. )
                                   )
AMERICAN EAGLE RADIATORS, INC., )
AMERICAN EAGLE RADIATORS, LTD. )
LIMITED LIABILITY COMPANY, )
ROBERT CLOKE, CID MARTIN, )
and JOHN DOES 1-10. )
                                   )
         Defendants. )

## CERTIFICATE OF SERVICE

Pursuant to Fed.R.Civ.P.5, I hereby certify that I caused to be served by U.S. Mail a copy of the foregoing to the following:

> James A. Lowe
> Gauntlett & Associates
> 18400 Von Karman Avenue
> Suite 300
> Irvine, CA 92612

This 13th day of August, 2013.

                                   /s/ Carolyn E. Wright
                                   _____
                                   Carolyn E. Wright
                                   LAW OFFICE OF CAROLYN E. WRIGHT, LLC
                                   *Attorney for Plaintiffs*