```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_NEF@coddb.cod.circ10.dcn
Bcc:
--Case Participants: John Michael DeBoer (info@deboerip.com, john@deboerip.com),
Carolyn E. Wright (carolyn@photoattorney.com, leslie@photoattorney.com,
photoattorney@gmail.com), Magistrate Judge Michael J. Watanabe
(watanabe_chambers@cod.uscourts.gov), Judge William J. Martinez
(ben_roxborough@cod.uscourts.gov, deborah_hansen@cod.uscourts.gov,
jamie_h_hubbard@cod.uscourts.gov, martinez_chambers@cod.uscourts.gov,
theresa_sauer@cod.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<4135780@cod.uscourts.gov>
Subject:Activity in Case 1:13-cv-01494-WJM-MJW Shattil et al v. American Eagle
Radiators, Inc. et al Terminated Case
```
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Colorado**

### Notice of Electronic Filing

The following transaction was entered on 8/14/2013 at 11:09 AM MDT and filed on 8/14/2013
**Case Name:**      Shattil et al v. American Eagle Radiators, Inc. et al
**Case Number:**    1:13-cv-01494-WJM-MJW
**Filer:**
**WARNING: CASE CLOSED on 08/14/2013**
**Document Number:** 13(No document attached)

**Docket Text:**
**Civil Case Terminated pursuant to the stipulation to dismiss filed in this case on 8/13/2013. Text Only Entry (ervsl, )**

**1:13-cv-01494-WJM-MJW Notice has been electronically mailed to:**

Carolyn E. Wright   carolyn@photoattorney.com, leslie@photoattorney.com, photoattorney@gmail.com

John Michael DeBoer   john@deboerip.com, info@deboerip.com

**1:13-cv-01494-WJM-MJW Notice has been mailed by the filer to:**